

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00142-CV

**CITY OF LAREDO**,
Appellant

v.

San Juana **RAMOS**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVF-01136-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED, and the case is REMANDED to the trial court. Costs of the appeal are taxed against appellant City of Laredo.

SIGNED April 20, 2022.

_____
Rebeca C. Martinez, Chief Justice